Slip Op. 99-17

# *UNITED STATES COURT OF INTERNATIONAL TRADE*

|  |  |
|---|---|
| AMERICAN SILICON TECHNOLOGIES, ELKEM METALS COMPANY, GLOBE METALLURGICAL, INC., and SKW METALS & ALLOYS, INC., | : : : : : |
| Plaintiffs, | : : |
| v. | : : **Before: MUSGRAVE, JUDGE** Court No. 96-10-02313 |
| UNITED STATES, | : : |
| Defendant, | : : |
| and | : : |
| COMPANHIA FERROLIGAS MINAS GERAIS-MINASLIGAS and ELETROSILEX BELO HORIZONTE, | : : : |
| Defendant-Intervenors. | : : |

## JUDGMENT

Upon having received and reviewed the United States Department of Commerce,

International Trade Administration's ("Commerce") *Silicon Metal From Brazil, Final Results of*

*Redetermination Pursuant to Court Remand, American Silicon Technologies v. United States,*

*Court No. 96-10-02313, Slip Op. 98-110 (July 30, 1998)* ("*Remand Results*") filed December 16,

1998, upon finding that Commerce complied with the Court's remand order, and upon review of

Plaintiffs' Comments on Department of Commerce Final Remand Results, it is hereby

       **ORDERED** that the *Remand Results* are affirmed in their entirety; and it is further

       **ORDERED** that, all other issues having been decided, this case is dismissed.


                                  _____
                                        R. KENTON MUSGRAVE
                                           JUDGE

Dated:  February 17, 1999
        New York, New York